Troncoso & Schell
P.O. Box 9023352
San Juan, PR 00902-3352
Telephone: (787) 722-0741
Facsimile: (787) 724-2563
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 06-cv-6022-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Awilda Cruz-Flores, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc., et al.<br><br>Defendants. | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE only as to María Rivera-Sánchez and Pedro Molina Carrión |

**Come Now** the Plaintiffs MARIA RIVERA-SANCHEZ AND PEDRO MOLINA-CARRION, in case no.: 06-cv-6022-CRB, on their own behalf and in representation of the conjugal partnership constituted by them, **ONLY AND NOT AS TO** any other plaintiff included in case no.: 06-cv-6022-CRB, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of the claim of these **TWO (2) PLAINTIFFS** without prejudice with each side bearing its own attorneys' fees and costs.

Should Plaintiffs or a representative of Plaintiffs attempt to re-file their claim against Defendants, they should do so only by re-filing in the United States District Court.

STIPULATION AND ORDER OF
DISMISSAL WITHOUT PREJUDICE

-1-

| | | |
|---|---|---|
| 1 | Dated: April 25, 2007 | TRONCOSO & SCHELL |
| 2 | | P.O. Box 9023352 |
| | | San Juan, PR 00902-3352 |
| 3 | | Telephone: (787) 722-0741 |
| | | Facsimile: (787) 724-2563 |

By: *[signature]*
Francisco M. Troncoso
Attorneys for Plaintiffs
María Rivera-Sánchez
Pedro Molina-Carrión
on their own behalf and in
representation of the conjugal
partnership constituted by them

Dated: May 15, 2007 ~~April ___, 2007~~      GORDON & REES

By: *[signature]*
Stuart M. Gordon
Attorneys for Defendants

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: May 17, 2007

Hon. Charles R. Breyer
United States

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

STIPULATION AND ORDER OF
DISMISSAL WITHOUT PREJUDICE