| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Glenn Zuckerman<br>**WEITZ & LUXENBERG, PC**<br>700 Broadway<br>New York, New York 10003<br>Telephone: 212-558-5000<br>Facsimile: 212-344-5461<br><br>*Attorneys for Plaintiffs* |

**FILED**

**SEP 28 2010**

**RICHARD W. WIEKING**
**CLERK, U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Awilda Cruz Flores, et al.,<br>Plaintiffs,<br>v.<br>Pfizer Inc, et al.,<br>Defendants. | **Case No.: 06-6022 CRB**<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiffs, Efraín Rodriguez Fernández and Adelaida Velázquez and Defendants in the above-entitled action, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein with each side bearing its own attorneys' fees and costs.

DATED: 7-7, 2010   By: _____

Glenn Zuckerman
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461

*Attorneys for Plaintiffs*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: Sept. 17, 2010     By: /s/

Michelle W. Sadowsky
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 9-28-2010

Hon. Charles R. Breyer
United States District Court

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE